Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors
Russell Alan Stephey and Holly Stephey

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.        25-10066 |
| RUSSELL ALAN STEPHEY AND HOLLY STEPHEY | Chapter        7 |
| Debtors | **DECLARATION OF HOLLEY STEPHEY RE NOT FILING TAX RETURNS** |

I, HOLLEY STEPHEY, declare as follows:

1.      I am a debtor in the instant bankruptcy case. I make this declaration of my own personal knowledge, and if called as a witness, could and would testify thereto:

2.      I did not file any federal or state tax return for at least the last five years.

3.      The reason I did not file tax returns is that my income did not meet the minimum threshold necessary to file a return.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 12, 2025 in Sonoma, CA          /s/Holley Stephey
                                                                                         Holley Stephey, Debtor